

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 5, 2022**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANTHONY NOEL KING and | § | Case No. 20-40547-MXM-7 |
| ALEETA LYNN KING | § | |
| Debtors | § | |
| | § | |

### ORDER (1) GRANTING TRUSTEE'S REQUEST FOR LEGAL FEES, (2) ISSUING THIS SHOW CAUSE ORDER DIRECTING DEBTORS TO RESPOND TO TRUSTEE'S MOTIONS, AND (3) REQUIRING DEBTORS TO ATTEND THE SHOW CAUSE HEARING IN PERSON

On March 29, 2022, Behrooz P. Vida (the "Trustee"), the chapter 7 trustee, filed a *Motion for Sanctions and Contempt for Failure to Cooperate with Trustee and Failure to Turnover Non-*

*Exempt Assets* [Docket No. 40/41] (the "Contempt/Sanctions Motion"). On the same date, The Trustee provided notice that a hearing would be conducted on the Contempt/Sanctions Motion before the Court on May 3, 2022, at 1:30 p.m. *See* Docket No. 42/43.   On May 3, 2021, the Court conducted a hearing on the Contempt/Sanctions Motion.   In advance of the hearing, neither of the debtors ANTHONY NOEL KING and ALEETA LYNN KING (collectively, the "Debtors") filed a response in opposition to the Contempt/Sanctions Motion.   Additionally, neither of the Debtors (nor their counsel of record) appeared at the hearing.   At the May 3, 2022, hearing the Court awarded to the Trustee recovery of legal fees in the amount of $650.00 for preparing, filing, serving and prosecuting the Contempt/Sanctions Motion as of May 3, 2022.    In addition, the Court wants the Debtors to appear for the purpose of determining whether additional sanctions should be imposed against Debtors and/or whether Debtors should be held in further contempt of the Court.  Therefore, the Court finds cause to issue this Show Cause Order for both Debtors to appear in person at a Show Cause Hearing.   Accordingly, it is hereby:

**OREDERED** that the Show Cause Hearing is set for **June 23, 2022, at 1:30 p.m. (prevailing Central Time)** (the "**Show Cause Hearing**").   The Show Cause Hearing shall take place before the Honorable Mark X. Mullin, Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 108, Fort Worth, Texas 76102; it is further

**ORDERED** that both of the Debtors – **ANTHONY NOEL KING and ALEETA LYNN KING – shall appear in person at the Show Cause Hearing** at the address specified above; and it is further

**ORDERED** that the Debtors at least seven (7) days in advance of the Show Cause Hearing file their responses to Contempt/Sanctions Motion.

**ORDERED** that on or before the Show Cause Hearing, the Debtors shall pay to the Trustee the sum of $650.00 for the Trustee on May 3, 2022, having prosecuted the Contempt/Sanctions Motion.

**ORDERED** that the Trustee shall promptly serve a true and correct copy of this Order on the Debtors and counsel of record for the Debtors.

**###END OF ORDER###**